The National Steamship Co., Limited, Respondent, *v*. The New York Produce Exchange et al., Appellants.

(Argued June 23, 1885; decided October 6, 1885.)

This case presented substantially the same facts, and was argued with and disposed of on the same grounds and by a similar vote as the preceding one.